

THE ATTORNEY GENERAL

OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXN
ATTORNEY GENERAL

Honorable Houghton Brownlee, Chairman,
Committee on Contingent Expenses
The Senate
Austin, Texas

Dear Senator Brownlee:

> Opinion No. O-5111
> Re: Authority to pay additional compensation
> to the Journal Clerk and his assistant,
> under facts stated.

Your request for an opinion from this department is as follows:

"A resolution adopted by the Senate at the close of the regular
session of the 47th Legislature contains the following paragraph:

"'Resolved, that there shall be printed seven hundred fifty
volumes of the Senate Journals . . . . The printing, of such
Senate Journals shall be done in accordance with the provisions
of this resolution under supervision of the Chairman of the
Committee on Contingent Expense. . . . When the accounts have
been certified to by the Chairman of the Committee on contingent
expenses, said accounts shall be paid out of the contingent
expense fund, etc.'"

"Assuming that the proper printing of the Journals involves a large
amount of correcting and editing of copy and of proofreading and indexing,
did the foregoing paragraph authorize the Chairman of the Committee on
Contingent Expenses to incur any expense for this work in addition to the
salaries of the Journal Clerk and his assistant for 90 days?

"The resolution provided that these clerks be retained 90 days each,
presumably for the purpose of doing said editing, proofreading,
indexing, etc.

"At the expiration of this period, these clerks reported to the
Chairman of the Committee on Contingent Expenses that they had
labored diligently but had not completed the work and that they
wished to return the Journal manuscript and other materials into his
custody.

"After some discussion, the Chairman of the Committee on Contingent Expense (under authority of the above quoted paragraph) employed the same two clerks to continue their work long enough to make possible the publication of the Journals. And the question is:  Can they legally be paid for these services?"

Your question should be answered in the negative.  Our reasons for this answer are fully stated by a similar ruling in our Opinion No. O-5044, addressed to the Hon. Geo. H. Sheppard, Comptroller of Public Accounts, a copy of which we hand you herewith.

The Legislature having most specifically authorized the extra service of these clerks for ninety days each, we can not enlarge the employment beyond that time.  Without such enlargement, there is no preexisting law for payment.

Very truly yours

ATTORNEY GENERAL OF TEXAS

s/ Ocie Speer

By

    Ocie Speer
    **Assistant**

OS:mr/ ldw

Enclosure

APPROVED FEB. 19, 1943
s/Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY B. W. B.
CHAIRMAN